

ANR/GB
F. # 2025R00355

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 17, 2025

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Hector Bermudez et al.
                Criminal Docket No. 25-CR-361 (PKC)

Dear Judge Chen:

        The parties respectfully request that the status conference presently scheduled for December 18, 2025 be adjourned to January 2026. The parties are available January 21, 22, or 23, 2026.

The government with consent of the defendant requests that time be excluded under the Speedy Trial Act between now and the first status conference in January 2026 in the interest of justice to allow the parties to engage in plea negotiations and to produce and review discovery.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Antoinette N. Rangel
Assistant U.S. Attorney
(718) 254-7481

By: /s/
Gwendelynn Bills
Trial Attorney
Child Exploitation & Obscenity Section
(202) 616-2572

cc: Gary Kaufman, Esq. (By ECF)
Nicholas Hine, Esq. (By ECF)
Clerk of the Court (AMD) (By ECF)