

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ANR/GB
F. # 2025R00355

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 22, 2026

By E-mail and ECF

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Bermudez et al.
                 Criminal Docket No. 25-361 (PKC)

Dear Judge Chen:

        The government respectfully submits this letter attaching Exhibit A, the signed proposed protective order with respect to defendants Hector Bermudez and David Brilhante. Counsel for defendant Rumaldo Valdez has also been consulted on the proposed order, but additional time is needed to facilitate the review of the protective order with Mr. Valdez, who is currently in custody in Hawaii.

The government will file a subsequent proposed protective order once counsel for defendant Rumaldo Valdez is able to obtain his signature or permission to sign on his behalf.

                        Respectfully submitted,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

By: /s/
    Antoinette N. Rangel
    Assistant U.S. Attorney
    (718) 254-7481

By: /s/
    Gwendelynn Bills
    Trial Attorney
    Child Exploitation & Obscenity Section
    (202) 616-2572

cc: Clerk of Court (by ECF)