

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

F. #2021R00355

February 25, 2026

<u>By ECF and E-mail</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Bermudez et al.
     <u>Criminal Docket No. 25-CR-361 (PKC)</u>

Dear Judge Chen,

   The government respectfully moves for an order to fully unseal the indictment in the above-captioned matter. A proposed order is attached as Exhibit A.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   _____/s/_____
      Antoinette N. Rangel
      Assistant U.S. Attorney
      (718) 254-7481

By:   _____/s/_____
      Gwendelynn Bills
      Trial Attorney
      Child Exploitation & Obscenity Section
      (202) 616-2572

Enclosure

cc:  Clerk of Court (by ECF)