# EXHIBIT A

ANR/GB
F.# 2025R00355

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | 25-CR-361 (PKC) |

HECTOR BERMUDEZ,
    also known as "Fiasco," "Rogue,"
    and "Diablo,"
DAVID BRILHANTE,
    also known as "Knight" and
    "CS:GO,"
ZACHARY DOSCH,
    also known as "Moist Nigerian,"
CAMDEN RODRIGUEZ
    also known as "oHare" and
    "carroteater,"
RUMALDO VALDEZ,
    also known as "Duck," and
AUSTIN YATCO,
    also known as "Hairy Lips."

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Antoinette N. Rangel, for an order unsealing the indictment and arrest warrant in the above-captioned matter as to defendant AUSTIN YATCO, also known as "Hairy Lips."

WHEREFORE, it is ordered that the indictment in the above-captioned matter be unsealed with respect to YATCO, and that the arrest warrant for him also be unsealed.

Dated:   Brooklyn, New York
         February _____, 2026

                                        _____
                                        HONORABLE PAMELA K. CHEN
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK