**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ANR/GB
F. #2025R00355

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 5, 2026

By Email and ECF

Julie de Almeida
Law Office of Julie de Almeida
P.O. Box 1196
Weston, CT 06883
Email: julie@jdealmeidalaw.com

Re: United States v. Hector Bermudez et al.
Criminal Docket No. 25-361

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which will be produced by USAfx. Please note that some of this material is considered Sensitive Discovery Material ("SDM") as that term is defined in the Protective Order in this matter. The discovery is being produced to the Coordinating Discovery Attorney for further dissemination pursuant the order signed by the Honorable Pamela K. Chen.

I. The Government's Discovery

A. Documents

- The following items:
  - Descriptions of select videos identified on seized devices, Bates-numbered GLOBAL_000167 through GLOBAL_000177, marked Sensitive Discovery Material; and
  - CyberTip Reports from the National Center for Missing and Exploited Children, Bates-numbered GLOBAL_000178 through GLOBAL_000192, marked Sensitive Discovery Material.

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ ____________________
Antoinette N. Rangel
Assistant U.S. Attorney
(718) 254-7481

By: /s/ ____________________
Gwendelynn Bills
Trial Attorney
Child Exploitation & Obscenity Section
(202) 616-2572

Enclosures

cc: Clerk of the Court (PKC) (by ECF) (without enclosures)